UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **BERNADETTE SCOTT,** : | |
| : | Case No. 3:22-CV-1732 |
| **Plaintiff,** : | |
| : | JUDGE JAMES R. KNEPP, II |
| v. : | |
| : | |
| **CEDAR CORNER** : | |
| : | |
| **Defendant.** : | |
| : | |
| : | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Bernadette Scott ("Plaintiff") and Defendant Cedar Corner ("Defendant" hereby notify this Court the parties have reached a resolution of this matter. The parties have reduced the settlement agreement to writing and anticipate filing a Dismissal with Prejudice within seven (7) days, on or before April 24, 2023. Plaintiff further request that this Court stay all proceedings until at such time the parties have consummated said settlement.

| | |
|---|---|
| */s/ Pete M. Monismith* | */s/ Justin D. Harris* |
| Pete M. Monismith, Esq. | Justin D. Harris (0078252) |
| 3945 Forbes Ave., #175 | Hannah R. Duschl (0100681) |
| Pittsburgh, PA 15213 | REMINGER CO., L.P.A. |
| Ph: 724-610-1881 | 154 Columbus Avenue |
| Fax: 412-258-1309 | Sandusky, Ohio 44870 |
| Pete@monismithlaw.com | Phone: 419-609-4324 |
| PA-84746 | Fax: 419-626-4805 |
| ***Attorney for Plaintiff*** | E-Mails: jharris@reminger.com |
| | hduschl@reminger.com |
| | ***Attorney for Defendant*** |