Approved.
IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES
DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **BERNADETTE SCOTT,** | : |
| **Plaintiff,** | : Case No. 3:22-CV-1732 |
| | : |
| v. | : JUDGE JAMES R. KNEPP, II |
| | : |
| **CEDAR CORNER** | : |
| | : |
| **Defendant.** | : |

## JOINT NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Bernadette Scott ("Plaintiff") and Defendant Cedar Corner ("Defendant" hereby submit this joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Respectfully submitted this 8th day of May 2023

| | |
|---|---|
| */s/ Pete M. Monismith* | */s/ Justin D. Harris* |
| Pete M. Monismith, Esq. | Justin D. Harris (0078252) |
| 3945 Forbes Ave., #175 | Hannah R. Duschl (0100681) |
| Pittsburgh, PA 15213 | REMINGER CO., L.P.A. |
| Ph: 724-610-1881 | 154 Columbus Avenue |
| Fax: 412-258-1309 | Sandusky, Ohio 44870 |
| Pete@monismithlaw.com | Phone:  419-609-4324 |
| PA-84746 | Fax: 419-626-4805 |
| ***Attorney for Plaintiff*** | E-Mails:  jharris@reminger.com |
| | hduschl@reminger.com |
| | |
| | ***Attorney for Defendant*** |